IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION



| | |
|---|---|
| STEVEN ADKERSON,<br>a.k.a. STEVEN EARL ADKERSON<br>    Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>    Respondent. | 2:06-CV-0239 |

## ORDER OVERRULING OBJECTIONS, ADOPTING REPORT AND RECOMMENDATION, and DENYING PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a petition for a writ of habeas corpus challenging a prison disciplinary case. On September 19, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the petition for a writ of habeas corpus be denied. On September 28, 2006, petitioner filed objections to the Report and Recommendation. On September 29, 2006, petitioner filed a Motion to Amend his objections requesting the Court to consider additional caselaw to support his position. The Motion to Amend was granted October 2, 2006.

The undersigned United States District Judge has made an independent examination of the record in this case. Respondent's objections are without merit and are hereby OVERRULED. The Magistrate Judge's Report and Recommendation is hereby ADOPTED. Accordingly, the

petition for a writ of habeas corpus filed by petitioner is hereby DENIED.

IT IS SO ORDERED.

ENTERED this ____5t____ day of ____October____ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE